**Order entered December 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-7650-U, F14-70586-U, F14-70971-U, F14-75674-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the June 20, 2017 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Mercedes M. Biggurs, TDCJ No. 02076732, Murray Unit, 1916 North Hwy 36 Bypass, Gatesville, Texas, 76596.

/s/ DAVID L. BRIDGES
JUSTICE